UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FRANCIS CUMMINGS,<br><br>        Plaintiff,<br><br>vs.<br><br>A. ADAMS, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-05294-REC-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 52)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT** (Doc. 31) |

    Plaintiff, Patrick Francis Cummings ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 9, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On March 22, 2005, plaintiff filed a motion to extend time. On April 6, 2005, the court granted plaintiff an additional thirty (30) days within which to respond. On April 22, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed March 9, 2005,
8  are ADOPTED IN FULL; and,
9    2.   Defendants' motion to dismiss and motion for summary
10 judgment, filed October 13, 2004, is GRANTED IN PART and DENIED
11 IN PART as follows:
12       a.   Defendants' motion to dismiss plaintiff's fifth,
13 sixth, and seventh claims for failure to exhaust the prison
14 grievance process is GRANTED;
15       b.   Defendants' motion for summary judgment on
16 plaintiff's first and second claims and fourth through seventh
17 claims for failure to file within the applicable statute of
18 limitations is DENIED;
19       c.   Defendants' motion for summary judgment on
20 plaintiff's first claim is GRANTED;
21       d.   Defendants' motion for summary judgment on
22 plaintiff's third claim is DENIED; and,
23       e.   This case PROCEED on plaintiff's second, third,
24 and fourth claims.
25    IT IS SO ORDERED.
26 **Dated:  May 18, 2005**                    **/s/ Robert E. Coyle**
   668554                                  UNITED STATES DISTRICT JUDGE

2