UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FRANCIS CUMMINGS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> D. ADAMS, et al., ) <br> ) <br> Defendants. ) <br>_____ ) | 1: 03 CV F- 5294 REC DLB P <br><br> ORDER RE PLAINTIFF'S REQUEST <br> FOR INFORMATION AND REQUEST <br> FOR SUBPOENAS <br> (DOC 65, 66) |

Plaintiff is a state prisoner proceeding pro se and with a civil rights action pursuant to 42 U.S.C. section 1983. On June 10, 2005, the Court issued its second scheduling order scheduling a telephonic trial confirmation hearing on August 12, 2005 and a trial on September 27, 2005. The Court also advised the plaintiff of the requirement to file a pretrial statement in accordance with Local Rule 16-281 on or before July 15, 2005 and of the procedures for obtaining the attendance of witnesses. On June 21, 2005, plaintiff filed a request for more information regarding the pretrial statement. On June 23, 2005, plaintiff filed a request for subpoenas for unincarcerated witnesses.

Plaintiff is referred to Local Rule 16 281 for the requirements of the pre-trial statement. The Clerk of the Court is DIRECTED to send plaintiff a copy of Rule 16-281 with this order.

As to plaintiff's requests for subpoenas, Plaintiff must provide the Court with the names and addresses of the unincarcerated witnesses he wants to subpoena for trial. For each witness, plaintiff

1  must also submit a money order or cashiers check payable to the witness **for travel expenses plus**
2  **the daily witness fee of $40.00.**  The allowable mileage rate is $.405 per mile.  Each witness must
3  be paid round trip mileage for each day they attend trial.  These items must be submitted to the Court
4  no later than 2 weeks before trial.  Upon receipt of the identity of the witnesses and the cashiers
5  checks or money orders, the Court will forward the appropriate subpoenas to the Marshal for service.
6       A subpoena will not be served by the United States Marshal upon an unincarcerated witness
7  unless the subpoena is accompanied by a money order made payable to the witness for the full
8  amount of the witness' travel expenses plus the daily witness fee of $40.00.  As noted earlier,
9  because no statute authorizes the use of public funds for these expenses in civil cases, the tendering
10 of witness fees and travel expenses is required even if the party was granted leave to proceed in
11 forma pauperis.
12 IT IS SO ORDERED.
13 **Dated:   July 7, 2005**                    **/s/ Dennis L. Beck**
   3c0hj8                                       UNITED STATES MAGISTRATE JUDGE