UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FRANCIS CUMMINGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. ADAMS, et al.,<br><br>　　　　　Defendants. | CV F- 03-5294 REC DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ORDER COMPELLING DISCOVERY<br>(DOC 67) |

　　　　Plaintiff is a state prisoner proceeding pro se and with a civil rights action pursuant to 42 U.S.C. section 1983. On March 3, 2004, the Court filed a scheduling order setting the deadline for discovery as August 13, 2004 and the deadline for dispositive motions as October 13, 2004. The dispositive motion deadline was later extended to December 27, 2004. On May 19, 2005, the District Court adopted the magistrate's recommendation to grant defendants' motion to dismiss and motion in summary judgment in part. On June 10, 2005, the Court issued a second scheduling order setting a pretrial conference for August 12, 2005 and a jury trial for September 27, 2005. On June 24, 2005, plaintiff filed the motion for order compelling discovery which is currently before the court.

　　　　Plaintiff attaches to his motion, requests for production of documents, interrogatories and requests for admissions which he apparently seeks to serve on defendants. Plaintiff's request is

1  denied. Discovery has been closed in this case for almost one (1) year and the trial is scheduled for
2  September 27, 2005. Plaintiff fails to establish good cause to reopen discovery at this late date.
3  Plaintiff's motion is HEREBY DENIED.
4      IT IS SO ORDERED.
5  **Dated:   July 13, 2005**            **/s/ Dennis L. Beck**
   3b142a            UNITED STATES MAGISTRATE JUDGE