IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FRANCIS CUMMINGS,<br><br>          Plaintiff,<br><br>     vs.<br><br>D. ADAMS, et al.,<br><br>          Defendant. | No. CV-F-03-5294 REC/DLB P<br><br>ORDER DENYING PLAINTIFF'S REQUESTS FOR RECONSIDERATION BY DISTRICT COURT OF MAGISTRATE JUDGE'S RULINGS (Docs. 38 & 83) |

On August 24, 2004, plaintiff filed a motion to extend the deadline for completing discovery and for completing other scheduled dates.  By Order filed on September 2, 2004, the Magistrate Judge denied plaintiff's motion on the ground that plaintiff had not demonstrated the good cause requirement set forth in the March 3, 2004 Scheduling Order for an extension of the scheduled dates.  On October 19, 2004, plaintiff filed a request for reconsideration by the district court of the Magistrate Judge's ruling.  On June 24, 2005, plaintiff filed a motion for an order compelling discovery.  By Order filed on July

1

1  14, 2005, the United States Magistrate Judge denied plaintiff's
2  motion, ruling:  "Discovery has been closed in this case for
3  almost one (1) year and the trial is scheduled for September 27,
4  2005.  Plaintiff fails to establish good cause to reopen
5  discovery at this late date."
6      Plaintiff has applied to this court for reconsideration of
7  both rulings.  The court has reviewed the record in this action.
8  Plaintiff has not demonstrated that the rulings by the Magistrate
9  Judge were contrary to law, clearly erroneous or an abuse of
10 discretion.
11     ACCORDINGLY:
12     1.  Plaintiff's request for reconsideration filed on October
13 19, 2004 is denied.
14     2.  Plaintiff's request for reconsideration filed on July
15 25, 2005 is denied.
16 IT IS SO ORDERED.
17 **Dated:  August 5, 2005**                  **/s/ Robert E. Coyle**
   668554                                  UNITED STATES DISTRICT JUDGE