# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FRANCIS CUMMINGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. ADAMS, et al.,<br><br>　　　　　Defendants. | CV F- 03-5294 REC DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR DISCOVERY<br>(DOCS 77, 78, 79, 80, 84) |

Plaintiff is a state prisoner proceeding pro se and with a civil rights action pursuant to 42 U.S.C. section 1983. On March 3, 2004, the Court filed a scheduling order setting the deadline for discovery as August 13, 2004 and the deadline for dispositive motions as October 13, 2004. The dispositive motion deadline was later extended to December 27, 2004. On May 19, 2005, the District Court adopted the magistrate's recommendation to grant defendants' motion to dismiss and motion in summary judgment in part. On June 10, 2005, the Court issued a second scheduling order setting a pretrial conference for August 12, 2005 and a jury trial for September 27, 2005. On July 18, 2005, the Court rescheduled the telephonic pretrial conference for September 2, 2005. On June 24, 2005, plaintiff filed s motion for an order compelling discovery which the Court denied on July 14, 2004 as untimely and well beyond the discovery period in this case. On July 13, 2005, plaintiff filed four addition motions for discovery requesting various things including but not limited to the

1  name of a dentist plaintiff seeks to call as a witness, documents from his central file, documents from
2  Dr. Nicholson and copies of his 602's from April 15, 2002 through June 15, 2005.  On July 25, 2005,
3  plaintiff filed a request for discovery of the law library log book from SATF.  Plaintiff's requests are
4  once again DENIED.  As plaintiff was previously advised, discovery has been closed in this case for
5  almost one (1) year and the trial is scheduled for September 27, 2005.  Plaintiff fails to establish
6  good cause to reopen discovery at this late date.  Plaintiff will have the opportunity to discuss
7  evidence at the telephonic pretrial conference scheduled for September 2, 2005.  Plaintiff may renew
8  his requests for information from defendants at the conference.  The Court suggests that defendants
9  be prepared to discuss the items listed in plaintiff's motions at the time of the telephonic pretrial
10  conference.  It is in the interests of both parties that the jury have the benefit of all relevant evidence.

12       IT IS SO ORDERED.

13       Dated:   August 12, 2005                    /s/ Dennis L. Beck
   3c0hj8                                         UNITED STATES MAGISTRATE JUDGE