UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK FRANCIS CUMMINGS, | ) | 1: 03 CV F- 5294 REC DLB P |
| Plaintiff, | ) ) | ORDER RE PLAINTIFF'S REQUEST FOR INFORMATION |
| v. | ) ) | (DOC 86) |
| D. ADAMS, et al., | ) ) | |
| Defendants. | ) ) | |

    Plaintiff is a state prisoner proceeding pro se and with a civil rights action pursuant to 42 U.S.C. section 1983.  On June 10, 2005, the Court issued its second scheduling order scheduling a telephonic trial confirmation hearing on August 12, 2005 and a trial on September 27, 2005.  On July 18, 2005, the Court rescheduled the telephonic trial confirmation for September 2, 2005.  The Court also advised the plaintiff of the requirement to file a pretrial statement in accordance with Local Rule 16-281 on or before July 15, 2005 and of the procedures for obtaining the attendance of witnesses. On August 1, 2005, plaintiff filed a request for a copy of his Pretrial Statement and the required amount he must submit for each unincarcerated witness.

    Plaintiff's request for a copy of his Pretrial Statement is GRANTED.  The Clerk is directed to send plaintiff a copy of plaintiff's Pretrial Statement filed on July 13, 2005.

    Plaintiff is advised that the mileage required for each unincarcerated witness depends on their

location. It appears that many of the unincarcerated witnesses listed by plaintiff are employed at California Substance Abuse Treatment Facility in Corcoran, California. The round trip mileage from SATF to the United States District Court in Fresno is 130 miles (65 miles each way). The allowable mileage rate is $.405 per mile for a total mileage fee per witness of $52.65. Accordingly, for each witness plaintiff must submit a money order or cashiers check in the amount of $92.65 ($40.00 witness fee plus $52.65 travel expenses). The money order or cashiers check must be made payable directly to the witness. A subpoena will not be served by the United States Marshal upon an unincarcerated witness unless the subpoena is accompanied by a money order or cashiers check made payable to the witness for the full amount of the witness' travel expenses plus the daily witness fee of $40.00.

  For each unincarcerated witness who will be traveling from SATF, upon receipt of: 1) the witness' name and address; and 2) a money order or cashiers check made payable to the witness in the amount of $92.65, the Court will issue subpoenas and order the Marshal to serve the witness. Plaintiff is cautioned that the Court must have the name and location of each witness and the required fees before service will be ordered.

  IT IS SO ORDERED.

**Dated:** **August 12, 2005**       **/s/ Dennis L. Beck**
3c0hj8                 UNITED STATES MAGISTRATE JUDGE