UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK FRANCIS CUMMINGS, ) | | 1: 03 CV F- 5294 REC DLB P |
| Plaintiff, ) | | ORDER RE PLAINTIFF'S REQUEST FOR CLARIFICATION |
| v. ) | | (DOC 108) |
| D. ADAMS, et al., ) | | |
| Defendants. ) | | |

Plaintiff is a state prisoner proceeding pro se and with a civil rights action pursuant to 42 U.S.C. section 1983. On September 7, 2005 plaintiff filed a request for clarification as to witness fees required for the defendants.

Defendants Villalobos, Ruff and Hegge are listed as witnesses by defendants and therefore they will be present at trial and presumably available for cross examination by plaintiff. It is therefore not necessary for plaintiff to submit fees and request that subpoenas be served on the named defendants. If any of the named defendants will not be present for the trial scheduled for November 1, 2005, defendants shall so notify plaintiff and this Court prior to October 1, 2005.

IT IS SO ORDERED.

Dated: __September 9, 2005__       **/s/ Dennis L. Beck**
3b142a                              UNITED STATES MAGISTRATE JUDGE