UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FRANCIS CUMMINGS,           )<br>                                                             )<br>                        Plaintiff,           )<br>                                                             )<br>            v.                                            )<br>                                                             )<br>D. ADAMS, et al.,                            )<br>                                                             )<br>                        Defendants.    )<br>_____ ) | 1: 03 CV F- 5294 DLB P<br><br>ORDER DENYING PLAINTIFF'S<br>MOTIONS AS MOOT<br>(DOC 36, 39) |

     Plaintiff is a state prisoner proceeding pro se and with a civil rights action pursuant to 42 U.S.C. section 1983. On October 19, 2004, plaintiff filed a motion to strike defendants' amended answer and a motion for sanctions. In these motions, plaintiff alleged that defendants' counsel misled him into believing that defendant Castillo had waived service and was represented. Counsel amended the answer on September 21, 2004 stating that defendant Castillo had not been served and was not represented by the Attorney General.

     Plaintiff's motion is moot. On March 9, 2005, the Court recommended that Claim Five, which was the only claim against defendant Castillo, be dismissed based on plaintiff's failure to

///

///

///

1  exhaust administrative remedies as to this claim.  Accordingly, plaintiff's motions filed on October
2  19, 2004 are HEREBY DENIED as MOOT.
3       IT IS SO ORDERED.
4       **Dated:   September 12, 2005**          **/s/ Dennis L. Beck**
   3b142a                                                                UNITED STATES MAGISTRATE JUDGE