1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PATRICK FRANCIS CUMMINGS, | 1: 03 CV F- 5294 REC DLB P |
| Plaintiff, | ORDER RE PLAINTIFF'S REQUEST FOR ATTENDANCE OF INCARCERATED WITNESSES AT TRIAL |
| v. | |
| D. ADAMS, et al., | (DOC 119, 121) |
| Defendants. | |

        Plaintiff is a state prisoner proceeding pro se and with a civil rights action pursuant to 42 U.S.C. section 1983.  Trial is scheduled for November 1, 2005.  On September 27, 2005, plaintiff submitted the declarations of two (2) additional incarcerated witnesses, Lee R. Pugh (CDC # D-60180) and Vincent Garcia (CDC# D-18461) and requests for their attendance as witnesses at trial. The Court has reviewed the declarations and is satisfied that inmate Lee R. Pugh is willing to attend the trial and has actual knowledge of relevant facts.  Accordingly, the Court will  order the warden or other custodian to permit the witness to be transported to court for trial.  However, the Court finds that inmate Vincent Garcia's testimony would be duplicative and therefore plaintiff's request for his attendance at trial is DENIED.

        IT IS SO ORDERED.

        **Dated:   October 11, 2005**                         **/s/ Dennis L. Beck**
3b142a                                        UNITED STATES MAGISTRATE JUDGE