UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FRANCIS CUMMINGS, | 1:03-CV-05294-DLB-P |
| Plaintiff, | |
| vs. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF** |
| D. ADAMS, et al., | |
| Defendants. | As to Patrick Francis Cummings #E-17421 |

Plaintiff, **PATRICK FRANCIS CUMMINGS** inmate CDC# E-17421, a necessary and material witness in proceedings in this case on November 1, 2005, is confined at the California Substance Abuse Treatment Facility, 900 Quebec Avenue, Corcoran, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, Third Floor, Courtroom #5, United States Courthouse, 1130 'O' Street, Fresno, California on November 1, 2005, at 8:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:** The Warden of the California Substance Abuse Treatment Facility, 900 Quebec Avenue, Corcoran, California:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   October 25, 2005                    /s/ Dennis L. Beck
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE