

NOV 4 2005



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PATRICK FRANCIS CUMMINGS,

    Plaintiff,

vs.

N. HEGGE, I. RUFF, P. VILLALOBOS,

    Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-03-5294-DLB P

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF.

DATED:  November 4, 2005

JACK L. WAGNER, Clerk

By: _____
Deputy Clerk