1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16
17

| | |
|---|---|
| PATRICK FRANCIS CUMMINGS, | CV F- 03-5294 REC DLB P |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S MOTION FOR |
| v. | CERTIFICATE OF APPEALIBILITY AS UNNECESSARY |
| D. ADAMS, et al., | (DOC 160) |
| Defendants. | |

18    Plaintiff is a state prisoner proceeding pro se and with a civil rights action pursuant to 42

19    U.S.C. section 1983. Following a jury trial, on November 9, 2005, judgment was entered in favor of

20    defendants and against plaintiff pursuant to the jury verdict rendered on November 4, 2005. On

21    November 16, 2005, plaintiff filed a Notice of Appeal. On November 17, 2005, plaintiff filed a

22    Motion for a Certificate of Appealibility.

23    Plaintiff's request for a certificate of appealibility is unnecessary. In civil cases, appeals to

24    the circuit court may be taken as of right from all final decisions of the district courts. *See* 28 U.S.C.

25    § 1291. Pursuant to the Federal Rules of Appellate Procedure, an appeal permitted by law as of right

26    from a district court to a court of appeals may be taken by filing a notice of appeal with the district

27    court within 30 days after the judgment is entered. *See* F.R.A.P. 3, 4. Plaintiff has filed a notice of

28    appeal within 30 days after the judgment was entered. Nothing further is required from this Court.

1   Accordingly, plaintiff's Motion for Certificate of Appealibility is HEREBY DENIED as

2   unnecessary.

3         IT IS SO ORDERED.

4         **Dated:** __**December 14, 2005**__                   _____**/s/ Dennis L. Beck**_____
    3b142a                                        UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28