UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FRANCIS CUMMINGS,<br><br>             Plaintiff,<br><br>   v.<br><br>D. ADAMS, et al.,<br><br>             Defendants. | CV F- 03-5294 REC DLB P<br><br>ORDER RE PLAINTIFF'S REQUEST FOR NAME AND ADDRESS OF COURT STENOGRAPHER<br>(DOC 164) |

      Plaintiff is a state prisoner proceeding pro se and with a civil rights action pursuant to 42 U.S.C. section 1983. Following a jury trial, on November 9, 2005, judgment was entered in favor of defendants and against plaintiff pursuant to the jury verdict rendered on November 4, 2005. On November 16, 2005, plaintiff filed a Notice of Appeal. On December 2, 2005, plaintiff filed a request for the name and address of the court stenographer during his trial. Plaintiff's request is GRANTED. The court reporter assigned to plaintiff's trial on November 1-4, 2005 was Karen Lopez, 1130 "O" Street, Room 5000, Fresno, California 93721.

      IT IS SO ORDERED.

      **Dated:**   **December 14, 2005**                      **/s/ Dennis L. Beck**
3c0hj8                                                           UNITED STATES MAGISTRATE JUDGE