UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FRANCIS CUMMINGS, ) | 1:03-CV-5294 DLB P |
| ) | Appeal Number 05-17276 |
| Plaintiff, ) | |
| ) | ORDER REQUIRING PLAINTIFF TO |
| v. ) | SUBMIT COMPLETED APPLICATION TO |
| ) | PROCEED IN FORMA PAUPERIS ON |
| ) | APPEAL **OR** PAY FILING FEE |
| D. ADAMS, ) | |
| ) | ORDER DIRECTING CLERK TO SERVE |
| Respondent. ) | COPY OF THIS ORDER ON COURT OF |
| ) | APPEALS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On November 16, 2005, Plaintiff filed a Notice of Appeal. The certificate of record was transmitted to the Court of Appeals for the Ninth Circuit on November 29, 2005, and plaintiff was notified that an appeal filing fee of $255.00 is due immediately.

On December 15, 2005, Plaintiff filed a motion for leave to proceed in forma pauperis on appeal. A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3). In this case, Plaintiff paid the filing fee on March 31, 2003, and did not proceed in this Court in forma pauperis. Thus, Plaintiff is not automatically entitled to proceed in forma pauperis on appeal.

1       Rule 24(a)(1) of the Federal Rules of Appellate Procedure states that a party who desires to appeal in forma pauperis must file a motion in the district court and attach to that motion a completed application to proceed in forma pauperis, along with the issues the party intends to present on appeal.  Plaintiff's request, however, was not accompanied by an completed application to proceed in forma pauperis.  See 28 U.S.C. 1914(a); 1915 (a).

        The Court will provide Plaintiff with the opportunity to submit either the appropriate application and certified copy of Plaintiff's prison trust account or the $255.00 filing fee.

        Accordingly, the Court ORDERS that:

        1.      The Clerk of the Court is DIRECTED to send Plaintiff a copy of the application to proceed in forma pauperis;

        2.      Plaintiff is DIRECTED to submit either the completed application, accompanied by a certified copy of Plaintiff's prison trust account statement for the last six months, **or** the $255.00 filing fee, within twenty (20) days of the date of service of this order; and

        3.      The Clerk of Court is DIRECTED to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

         IT IS SO ORDERED.

     Dated:    **December 19, 2005**                    **/s/ Dennis L. Beck**
3c0hj8                                                  UNITED STATES MAGISTRATE JUDGE