UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FRANCIS CUMMINGS,<br><br>        Plaintiff,<br><br>   v.<br><br>D. ADAMS, et al.,<br><br>        Defendants. | CV F- 03-5294 DLB P<br><br>ORDER DENYING MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE<br>(DOC 170) |

      Plaintiff is a state prisoner proceeding pro se and with a civil rights action pursuant to 42 U.S.C. section 1983.  Following a jury trial, on November 9, 2005, judgment was entered in favor of defendants and against plaintiff pursuant to the jury verdict rendered on November 4, 2005.  November 16, 2005, plaintiff filed a Notice of Appeal.  On December 15, 2005, plaintiff filed a motion for transcripts at the expense of the government.  Plaintiff provides no authority for his request nor has he shown good cause.  Plaintiff has yet to file a completed application to proceed in forma pauperis on appeal.  However, assuming plaintiff will be granted leave to proceed in forma pauperis on appeal upon submission of a completed application, in forma pauperis status does not entitle the appellant to free transcripts at the government's expense.  Plaintiff's motion is therefore DENIED.  Plaintiff may, however, make his application directly to the court of appeals.

      IT IS SO ORDERED.

1
2    **Dated:     December 19, 2005**               **/s/ Dennis L. Beck**
     3c0hj8                                    UNITED STATES MAGISTRATE JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28