UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FRANCIS CUMMINGS, ) | CV F- 03-5294 DLB P |
| ) Plaintiff, ) | ORDER RE PLAINTIFF'S REQUEST FOR STATUS OF MOTIONS |
| v. ) | (DOC 156, 165, 166) |
| D. ADAMS, et al., ) | |
| ) Defendants. ) | |

Plaintiff is a state prisoner proceeding pro se and with a civil rights action pursuant to 42 U.S.C. section 1983.  Following a jury trial, on November 9, 2005, judgment was entered in favor of defendants and against plaintiff pursuant to the jury verdict rendered on November 4, 2005. November 16, 2005, plaintiff filed a Notice of Appeal.  On November 14, 2005 and December 2, 2005, plaintiff filed motions for a new trial.  Plaintiff now requests a status report on these and other motions filed by him subsequent to the judgment.

Plaintiff is advised that the filing of a proper notice of appeal transfers jurisdiction over the matters appealed to the court of appeals.  During the pendency of the appeal, the district court is divested of jurisdiction over those aspects of the case involved in the appeal.  *See* Griggs v. Provident Consumer Discount Co. 459 U.S. 56, 58 (1982); Stein v. Wood, 127 F.3d 1187, 1189 (9th Cir. 1997).  Because plaintiff has filed a notice of appeal, this Court is without jurisdiction to rule on

1 plaintiff's motions for a new trial. The Court has ruled on the motions which do not affect the
2 appeal.
3      IT IS SO ORDERED.
4     **Dated:**   **December 21, 2005**              **/s/ Dennis L. Beck**
3c0hj8                                                     UNITED STATES MAGISTRATE JUDGE